**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 97-41053

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

COY LYNN OWENS,

Defendant-Appellant.

Appeal from the United States District Court
for the Eastern District of Texas, Tyler

(3:96-CR-1-1)

September 4, 1998

Before POLITZ, Chief Judge, EMILIO M. GARZA and STEWART, Circuit Judges.

PER CURIAM:[*]

Coy Lynn Owens appeals his convictions and sentence. Having considered the record and the briefs, and finding neither error nor abuse of discretion, the convictions and sentence are AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.